UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-00354-CJC (SKx) | Date | December 1, 2020 |
|---|---|---|---|
| Title | Jay Ganesh Petro Inc. v. Tesoro Refining and Marketing Company LLC et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS**

Having been advised by the parties that this action has been resolved (*see* Stipulation to Dismiss Case With Prejudice [44]), the Court hereby orders the action dismissed with prejudice, and all proceedings and deadlines vacated.

                                                                              -       :    -

                                                Initials of Deputy Clerk    cw